IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER,

APR 2 5 2006

GREGORY C. LANGHAM
                    CLERK

CIVIL ACTION NO. 03-cv-00898-MSK-CBS

William Kirby Giles
    Petitioner,
vs.

Colorado Attorney General, et al.,
    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 24th day of April, 06.

BY THE COURT:

_____
**Marcia S. Krieger, Judge**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Judge, Marcia S. Krieger, was mail to the following:

Adams County District Court
Adams County Justice Center
1100 Judicial Center Drive
Brighton, Colorado 80601

Date: 4/25/06                By: _____
                                 Deputy Clerk